To: Abel Acosta  
Clerk of the T.C.C.A.

From: Ricardo Cavazos #1358886

Dear sir, I had sent to this Honorable Court a request for status and standing as well as a docket sheet showing every item that hes been received by this Court in conection with the Writs of Habeas Corpus 11.07 that I have now got filed and pending in the cases numbered as WR-75,914-05, WR-75,914-06, WR-75,914-07, WR-75,914-08.

I am making this request at the behest of my writwriter, Mr. Damon Earl Lewis, who handled my first Writs of Habeas Corpus 11.07 seeking an out-of-time appeal, which was granted on March 28, 2012, I regreat to inform this Court that my previous request was mistakenly answered improperly, I was given information on the writs that I had filed concerning the out-of-time appeal when I was making my request on the new writs of habeas corpus 11.07 with the cause numbers shown above.

The writs that I am requesting information on has had an order for findings of fact and conclusions of law and if necessary a hearing be held, placed on them by this Court, however, there seemed to be some kind of confusion as to which judge was to handle this case, the prosecutors office filed a preposed findings of fact and conclusion of law and I have filed a rebuttal to their filings. I have since received from this Court a notice, via white card, showing that on July 10, 2014 the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

I would first raise a complaint to this Court that I was not provided a copy of the order to forward the clerk's record, nor was I informed of what was included in this supplemental clerk's record, which is very improper. Since I have been deprived of this information, my writwriter, Mr. Lewis, is concerned that the Court has received the entire record, which should have included the rebuttal to the states preposed finding of fact and conclusion of law as well as the two motions requesting a subpoena for the entire District Attorney Records and a subpoena for the notes of the assistant District Attorney that handled this case.

I humbly request that I be provided with the status and standing of these writs of habeas corpus 11.07 and a docket sheet showing every document that has been received by this Court concerning these writs.

THANK YOU.

Date: June 09, 2015

SINCERELY  
RICARDO CAVAZOS #1358886

*Ricardo Cavazos #1358886*

RECEIVED IN  
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk